The Trust Company of New Jersey, appellee, v. The Mammoth Hatchery, Inc., appellant. Gen. No. 29,369.

Suit on promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John Bedinger, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed December 16, 1924. Rehearing denied December 27, 1924.

Hoyne, O'Connor & Rubinkam, for appellant. Hamlin, Clark & Pierson, for appellee; Harold J. Clark, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

Milka Mirich, a minor, by her next friend, Nicholas Mirich, appellee, v. T. J. Forschner Contracting Company, appellant. Gen. No. 26,391.

Action for personal injuries. Judgment for plaintiff. (See 222 Ill. App. 635.) Appeal from the Circuit Court of Cook county; the Hon. Oscar M. Torrison, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1920. Reversed and remanded. Opinion filed December 16, 1924.

Pomeroy & Martin, for appellant. Chas. C. Spencer and Frank A. Rockhold, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Charlotte Nieman, appellee, v. Clemmons Nieman, appellant. Gen. No. 29,314.

Divorce proceedings. Demurrer to complainant's petition and motions by defendant to vacate orders for payments by defendant to complainant for support of minor children. Demurrer overruled and motions denied. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed December 16, 1924.

C. D. Lee and R. C. Weichbrodt, for appellant. Cochrane & George, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

E. C. Rayner, appellee, v. The Polish National Publishing Company, appellant. Gen. No. 29,332.

Action to recover commissions on advertising contracts secured by plaintiff for defendant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed December 16, 1924. Rehearing denied December 27, 1924.

James J. Danaher, for appellant. Walter A. Murray, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

International Accountants Society, appellee, v. Jessie J. Maxwell, appellant. Gen. No. 29,338.

Action to recover balance due on promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William R. Fetzer, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed December 16, 1924.

Charles W. Lamborn, for appellant. Harvey B. Cross, for appellee.

Mr. Justice Gridley delivered the opinion of the court.